# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**643**

**CA 11-02459**

PRESENT: CENTRA, J.P., FAHEY, PERADOTTO, CARNI, AND SCONIERS, JJ.

---

IN THE MATTER OF THE ESTATE OF HELEN WERNER,
DECEASED.
-----------------------------------------------
JAMES CONNIFF, PETITIONER-RESPONDENT;                    ORDER

EDWARD DUDEK, OBJECTANT-APPELLANT.

---

SAKOWSKI & MARKELLO, LLP, ELMA (JOSEPH A. SAKOWSKI OF COUNSEL), FOR OBJECTANT-APPELLANT.

MISKELL & MOXHAM, LOCKPORT, PETER J. BREVORKA, P.C., AMHERST (PETER J. BREVORKA OF COUNSEL), FOR PETITIONER-RESPONDENT.

---

Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered July 6, 2011. The order granted the motion of petitioner for summary judgment, dismissed the objections to probate and directed that the last will and testament of decedent, dated July 2, 2009, be admitted to probate.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate.

Entered:  June 8, 2012                    Frances E. Cafarell
                                          Clerk of the Court